IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00427-MJW

BRUCE C. McDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB;
John and Jane Does, 1-20 inclusive;
ABC CORPORATIONS, entities of unknown form, 1-20, inclusive,

    Defendants.

---

**ORDER GRANTING STIPULATED JOINT MOTION FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** ( Docket No 20 )

---

THE COURT, having reviewed the parties' Stipulated Joint Motion for Dismissal of Claims, With Prejudice and, being fully advised in the premises, hereby

ORDERS that all claims that plaintiff, Bruce C. McDonald, asserted in the above-captioned civil action are DISMISSED, WITH PREJUDICE; and

FURTHER ORDERS that each party shall pay his or its own respective attorneys' fees and costs incurred in connection with this action.

SO ORDERED this 16th day of June, 2015.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO